ORIGINAL

FILED

01/15/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0757

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0757

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ORDER

SERGIO ARTURO VALDEZ SALAS,

Defendant and Appellant.

Representing himself, Sergio Arturo Valdez Salas has filed a verified Petition for Out-of-Time Appeal. He indicates that he discussed with his attorney about filing an appeal. He further states that he wrote a letter to his attorney, reiterating his appeal request. Valdez Salas includes a copy of the sentencing judgment.

On April 8, 2024, the Thirteenth Judicial District Court, Yellowstone County, sentenced Valdez Salas for two counts of felony criminal endangerment. Valdez Salas received two, concurrent five-year terms to the Department of Corrections. The District Court ordered that the sentence run consecutively to a prior sentence and awarded credit for time served from April 22, 2022, through October 26, 2023.[1]

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

Valdez Salas has a recent conviction and sentence. This Court concludes that Valdez Salas is entitled to an appeal. He may be entitled to representation of counsel in this appeal. Section 46-8-104, MCA. Therefore,

IT IS ORDERED that Valdez Salas's Petition for an Out-of-Time Appeal is GRANTED.

---

[1] October 26, 2023, is the date of sentencing in open court.

FILED

JAN 15 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IT IS FURTHER ORDERED that the Appellate Defender Division is APPOINTED to represent Sergio Arturo Valdez Salas. The Appellate Defender Division shall have thirty days from the date of this Order within which either to file a Notice of Appeal or a Motion to Rescind this Order Appointing Counsel. When Valdez Salas qualifies for appointed counsel, the Appellate Defender Division shall immediately order the appropriate transcripts, if they have not been already ordered.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Appellate Defender Division; Attorney General Austin Knudsen; Scott D. Twito, Yellowstone County Attorney, along with a copy of Valdez Salas's Petition; and Sergio Arturo Valdez Salas personally.

DATED this ____ day of January, 2025.

_____
Chief Justice

_____

_____

_____

_____
Justices

2